**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1000**

---

MARY CAROLINE COLLETTI,

Plaintiff - Appellant,

versus

MACRO INTERNATIONAL, INCORPORATED,

Defendant - Appellee.

MONTGOMERY COUNTY,

Amicus Curiae.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-96-
591-MJG)

---

Submitted: September 9, 1997          Decided: October 19, 1998

---

Before MICHAEL and MOTZ, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mary Caroline Colletti, Appellant Pro Se. Alan Barry Sternstein,
James Murdoch Kefauver, Sr., SHULMAN, ROGERS, GANDAL, PORDY &
ECKER, P.A., Rockville, Maryland, for Appellee. Linda B. Thall,
Senior Assistant County Attorney, Rockville, Maryland, for Amicus
Curiae.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

The plaintiff appeals the district court's order granting the defendant's motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Colletti v. Macro International, No. CA-96-591-MJG (D. Md. Nov. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.[*]

AFFIRMED

---

[*] A new argument as to the timeliness of the plaintiff's claim was raised for the first time on appeal by amicus curiae. A decision to reach a new issue on appeal is subject to our discretion and is dependent on the circumstances of the individual case. Singleton v. Wulff, 428 U.S. 106, 121 (1976). We decline to consider this new argument because the factual basis for it was not sufficiently developed in the record.

2